## IN THE SUPREME COURT OF THE STATE OF DELAWARE

IN THE MATTER OF THE § 
PETITION OF JOHN S. §    No. 635, 2015
STRITZINGER FOR A WRIT OF §
MANDAMUS. §

Submitted: March 10, 2016
Decided:   March 11, 2016

## ORDER

This 11th day of March 2016, it appears to the Court that, on February 4, 2016, the Clerk issued a notice to show cause, by certified mail, directing the petitioner to show cause why this petition for a writ of mandamus should not be dismissed for the petitioner's failure to pay the Supreme Court filing fee or to file a motion to proceed *in forma pauperis*. The petitioner has not responded to the notice to show cause within the required ten-day period and has not paid the fee or filed the motion. Dismissal of the petition is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the petition for a writ of mandamus is DISMISSED.

BY THE COURT:

_____
Justice